# EXHIBIT 24

**CERTIFICATION**

WITNESS:   William Tomaselli
           36352 Thrasher Lane
           Ocean View, DE  19970
           (h) (302) 616-1807

Mr. Tomaselli was interviewed by the OAG on numerous occasions beginning in 2008. On each occasion, the OAG took notes of what Mr. Tomaselli said. During early interviews with the OAG, Mr. Tomaselli was addressed in an abusive and vulgar manner. Mr. Tomaselli made statements to the OAG during these interviews in which he denied wrongdoing with respect to the misconduct with which Mr. Feese was charged, and which exculpated Mr. Fees from wrongdoing. No entry of any of Mr. Tomaselli's statements is contained in the ROI. During his testimony before the Grand Jury, the OAG did not elicit Mr. Tomaselli's exculpatory assertions.

                                            **GOLDBERG KATZMAN, P.C.**

Date:  August 31, 2015

                                            By: _____
                                            Joshua D. Lock, Esq.
                                            4250 Crums Mill Road
                                            P.O. Box 6991
                                            Harrisburg, PA 17112
                                            Phone: 717 234-4161
                                            Fax: 717-234-6808
                                            Email: jdl@GolderbgKatzman.com

{00767386;v1}

# EXHIBIT 25

## CERTIFICATION

WITNESS:    Lori Cherry-McGill
902 Governor Road
Horsham, PA 19044
(c) (215) 287-2850

Lori Cherry-McGill was interviewed for purposes of this Certification on July 21, 2015. Ms. Cherry-McGill was previously interviewed by the OAG on two occasions. Notes were taken of those interviews. Ms. Cherry-McGill was subjected to abusive treatment during her first interview. During these sessions, Ms. Cherry-McGill provided the OAG with exculpatory/impeachment material. Only the fact that she provided different information during her sessions, not any details of these exculpatory/inconsistent statements, was elicited during her Grand Jury testimony.

GOLDBERG KATZMAN, P.C.

Date: August 31, 2015

By: _____
Joshua D. Lock, Esq.
4250 Crums Mill Road
P.O. Box 6991
Harrisburg, PA 17112
Phone: 717 234-4161
Fax: 717-234-6808
Email: jdl@GoldergKatzman.com

{00767386;v1}

# EXHIBIT 26

## CERTIFICATION

WITNESS:   John Perzel
                7810 Brous Avenue
                Philadelphia, PA  19152
                (h) (215) 447-3140

John Perzel was interviewed for this Certification on July 16, 2015. At that time, Mr. Perzel denied knowledge of any wrongdoing. This is inconsistent with statements made later in that OAG interview and with Mr. Perzel's testimony at trial. The OAG suggested to Mr. Perzel shortly before he entered his guilty plea that if he cooperated with them by saying that, among others, Mr. Feese had to know of the use of computer services paid for with Commonwealth funds for political purposes, he could expect to receive a sentence of 18 months; if he did not, he was told, he could expect to receive a sentence of 5 years. These statements were made to Mr. Perzel by Patrick Blessington the evening before Mr. Perzel testified in Mr. Feese's trial. No notes of the OAG's interviews or of the inducement made to him to testify as the OAG wished were given to Mr. Feese. Mr. Perzel did not testify before a Grand Jury.

                                            **GOLDBERG KATZMAN, P.C.**

Date: August 31, 2015

                                            By: _____
                                                Joshua D. Lock, Esq.
                                                4250 Crums Mill Road
                                                P.O. Box 6991
                                                Harrisburg, PA 17112
                                                Phone: 717 234-4161
                                                Fax: 717-234-6808
                                                Email: jdl@GoldergKatzman.com

{00767386;v1}

# EXHIBIT 27

## CERTIFICATION

WITNESS:   Lori Lochetto
                     409 Fried Drive
                     Dauphin, PA
                     (h) (717) 921-2654

Lori Lochetto was interviewed for this Certification on July 19, 2015. Ms. Lochetto stated that she was interviewed numerous times by the OAG. She believes that Mr. Fina and Mr. Blessington were present at all meetings. Notes were taken of each OAG interview with Ms. Lochetto, although these notes were not provided to Mr. Feese. In these interviews, Ms. Lochetto repeatedly denied wrongdoing by her superiors in the procurement and use of computer services. Ms. Lochetto was subjected to abusive treatment during these interviews, particularly by Mr. Blessington. Indeed, she was reduced to tears more than once. Ms. Lochetto never testified before the Grand Jury or at trial.

                                            **GOLDBERG KATZMAN, P.C.**

Date: August 31, 2015

                                       By: _____
                                            Joshua D. Lock, Esq.
                                            4250 Crums Mill Road
                                            P.O. Box 6991
                                            Harrisburg, PA 17112
                                            Phone: 717 234-4161
                                            Fax: 717-234-6808
                                            Email: jdl@GoldergKatzman.com

{00767386;v1}

# EXHIBIT 28

# CERTIFICATION

WITNESS:   Mary Beth Morey
           (h) (610) 559-7027

Mary Beth Morey was interviewed for this Certification on August 5, 2015. Ms. Morey was interviewed by the OAG on three occasions. Ms. Morey was subjected to abusive treatment by Patrick Blessington during the first interrogation. During this interview, as well as the second interview, Ms. Morey made statements which were exculpatory for Mr. Feese. Little, if any, exculpatory/ impeachment material provided during Ms. Morey's interview was elicited during Ms. Morey's testimony before the Grand Jury.

                                    GOLDBERG KATZMAN, P.C.

Date: August 31, 2015

                                    By: _____
                                        Joshua D. Lock, Esq.
                                        4250 Crums Mill Road
                                        P.O. Box 6991
                                        Harrisburg, PA 17112
                                        Phone: 717 234-4161
                                        Fax: 717-234-6808
                                        Email: jdl@GoldergKatzman.com

{00767386;v1}

# EXHIBIT 29

## CERTIFICATION

WITNESS:   John Hanley
908 9th Street
Winber, PA  15963
(h) (814) 467-6950

John Hanley was interviewed for this Certification by telephone on July 13, 2015.  Mr. Hanley was interviewed by the OAG on multiple occasions.  On each occasion, notes were taken by OAG employees.  Mr. Hanley testified before the Grand Jury on three occasions.  Contrary to OAG assertions, very little, if any, exculpatory/impeachment material provided during Mr. Hanley's interview sessions was elicited during his Grand Jury testimony.

Date:  August 31, 2015

GOLDBERG KATZMAN, P.C.

By: _____
Joshua D. Lock, Esq.
4250 Crums Mill Road
P.O. Box 6991
Harrisburg, PA 17112
Phone: 717 234-4161
Fax: 717-234-6808
Email: jdl@GoldergKatzman.com

{00767386;v1}