**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRIAN PRESKI, | |
| Petitioner, | CIVIL ACTION NO. 3:19-CV-00288 |
| v. | (JUDGE CAPUTO) |
| JOSH SHAPIRO, *et al.*, | (MAGISTRATE JUDGE CARLSON) |
| Respondents. | |

## ORDER

**NOW**, this  21st  day of January, 2020, upon consideration of Petitioner Brian Preski's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 (Doc. 1), the Report and Recommendation ("R&R") of Magistrate Judge Carlson (Doc. 14), and Petitioner's Objections to the R&R (Doc. 15), **IT IS HEREBY ORDERED** that:

(1) The R&R of Magistrate Judge Carlson is **APPROVED** and **ADOPTED** as supplemented;

(2) Petitioner Brian Preski's Petition for a Writ of Habeas Corpus is **DISMISSED**;

(3) Since Petitioner Brian Preski has failed to make "a substantial showing of the denial of a constitutional right," a certificate of appealability **SHALL NOT** issue.

(4) The Clerk of Court is directed to **CLOSE** this case.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge